KEVIN GLASSMAN, Respondent, v PRO HEALTH AMBULATORY SURGERY CENTER, INC., et al., Appellants.

Submitted February 23, 2009; decided May 5, 2009

Motion by New York State Association of Ambulatory Surgery Centers, Inc. for leave to file a memorandum of law amicus curiae on the motion for leave to appeal herein granted and the memorandum of law is accepted as filed.

BERNADETTE GOTAY, Respondent, v DAVID BREITBART et al., Defendants, and MICHAEL HANDWERKER et al., Appellants.

Submitted March 30, 2009; decided May 5, 2009

Motions to vacate this Court's March 11, 2009 dismissal order granted [*see* 12 NY3d 780 (2009)].

Chief Judge LIPPMAN taking no part.

HERITAGE REALTY ADVISORS, LLC, et al., Appellants, v MOHEGAN HILL DEVELOPMENT, LLC, et al., Respondents, et al., Defendant.

Submitted February 23, 2009; decided May 5, 2009

Motion for leave to appeal as against all defendants except Tarragon Corporation, as to whom the motion was withdrawn, denied.